_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: January 5, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13: |
| SONDRA NICOLE MONTGOMERY | CASE NO. 23-02732-JAW |

### AGREED ORDER
### DENYING TRUSTEE'S MOTION TO DISMISS

**THIS MATTER** came before the Court on the Trustee's Motion and Notice to Dismiss for Non-Payment (Docket #40) and the Debtor's Response (Docket #41). Thus, having considered the matters and finding the parties in agreement, the Court finds that the Trustee's Motion should be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss is hereby denied.

**IT IS FURTHER ORDERED** that the Trustee shall amortize the current delinquency over the remaining life of the plan and amend the plan and wage order accordingly.

##END OF ORDER##

| SUBMITTED BY: | AGREED BY: |
|---|---|
| /s/ Kellie Grizzell | /s/ Thomas C. Rollins, Jr. |
| Kellie Grizzell, MSB#105681 | Thomas C. Rollins, Jr., MSB# 103469 |
| Staff Attorney for | The Rollins Law Firm, PLLC |
| Standing Chapter Thirteen Trustee | P.O. BOX 13767 |
| Torri Parker Martin, MSB #103938 | Jackson, MS 39236 |
| 200 North Congress Street, Suite 400 | Office: (601) 500-5533 |
| Jackson, MS 39201 | Email: trollins@therollinsfirm.com |
| Office: (601) 981-9100 | |
| Email: KGrizzell@tpmartinch13.com | |