UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (JACKSON)

IN RE:       (Debtors' names)                                                    CHAPTER 13

SONDRA NICOLE MONTGOMERY                                                         CASE NO: 23-02732

# NOTICE OF CHANGE OF ADDRESS FOR **CREDITOR**

| **Business Name or Full Name of Creditor** (please print legibly or type):<br><br>Landmark Strategy Group, LLC | This change applies to **PROOF OF CLAIM #** (if known): 19<br><br>Account # (if any): 5058 |
|---|---|
| **Old Payment Address** (or address to be replaced):<br><br>c/o Weinstein & Riley, P.S.<br>P.O. Box 3978<br>Seattle, WA 98124-3978 | **New Payment Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>P.O. Box 93024<br>Las Vegas, NV 89193-3024 |
| **Old Notice Address** (or address to be replaced):<br><br>c/o Weinstein & Riley, P.S.<br>1415 Western Avenue<br>Suite 700<br>Seattle, WA 98101 | **New Notice Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>c/o Weinstein & Riley, P.S.<br>749 Gateway<br>Suite G-601<br>Abilene, TX 79602 |
| Date: 02/19/2026 | /s/ Jordan Morrison<br>**Signature of person submitting change of address**<br>Name: Jordan Morrison<br>Address: c/o Weinstein & Riley, P.S.<br>749 Gateway, Suite G-601<br>Abilene, TX 79602<br>Phone #: (877) 332-3543 |

**THIS CHANGE APPLIES TO (CHECK ONE): X       THIS CASE ONLY;
AT PRIOR ADDRESS.**

48130475