

# INVOICE

Invoice # 9154
Date: 06/18/2026
Due On: 07/18/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Sondra Nicole Montgomery

## 05144-Montgomery Sondra Nicole

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 10/01/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for attorney and expense fees; drafted 3rd Application for Compensation, and the Proposed Order; drafted email memo to TR re: Review Application for Compensation | 0.30 | $0.00 | $0.00 |
| Service | TR | 10/01/2024 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 10/01/2024 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the Application for Compensation and the invoice for upload to Certificate of Service | 0.10 | $0.00 | $0.00 |
| Service | KR | 10/02/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application of Compensation with the Declaration of Mailing attached, the invoice, the Proposed Order | 0.20 | $0.00 | $0.00 |
| Service | BB | 10/09/2024 | Incoming Call: Phone conference with debtor expressing concerns about her last two month of payments not being received in NDC website. Informed the debtor of the reasons that an occur and instructed her to check with her payroll department as to when they sent the funds to the Trustee. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Debtor stated she forwarded an email to kr that she received about her car and wants to speak about it. Informed the debtor if she already sent that email then kr is working on it and will reach out and soon as we have an update. | | | |
| Service | KR | 10/09/2024 | Review email from debtor: Reviewed emails from debtor about the communications she has been receiving from Capital One about the vehicle that is included in her plan and the payments that have been taken from her pay but nothing has been applied to her bankruptcy; telephone conference with the Trustee's office about the payments; provided last payment date for the payment they received from the employer | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/09/2024 | Call Debtor: Telephone conference with debtor informing her that these are solicitations that she will receive and that there is nothing they can do since the vehicle is in bankruptcy; informed her that the Trustee stated they have not received a payment since July; she will contact her payroll department to find out when/if they have mailed payments. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/04/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing she does not need to attend the hearing this morning as it is a procedural hearing. | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/05/2024 | Review: 23-02732-JAW Order on Application for Compensation Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/26/2025 | Review email from debtor: Reviewed email from debtor about the secured and unsecured debt being paid through the bankruptcy; also wanted to know if she could complete her case early; reviewed plan and the Trustee's website; drafted email to debtor informing her once her secured debt is paid for the payments will go towards some of the unsecured debt; explained the minimum time for a chapter 13 is 36 months and we can evaluate at that time if that is even an option | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 08/08/2025 | Review email from debtor: Reviewed email from debtor about her financial situation and new debts that are hindering her; inquired about adding; reviewed clio to verify if it is a possibility to even analyze to refile and to see how long she had left in her case; drafted email to debtor informing her that we can not add any debts that incurred after the date of filing but she could look to see is eligible for us to dismiss the current case and refile a new one; explained the refiling process | 0.20 | $155.00 | $31.00 |
| Service | KR | 10/15/2025 | Review email from debtor: Reviewed email from debtor regarding her secured debt being paid off and what is the next step; also inquired about her title to the vehicle; reviewed case and unsecured debt percentage; drafted email to debtor informing her that if the secured debt is paid in full the trustee will issue payment to the unsecured creditors; also informed her that creditors usually do not issue the title until the case is fully discharged. | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/07/2025 | Call Debtor: Reviewed email from the Trustee's office about the delinquency on her bankruptcy; telephone conference with debtor he stated that her employer has been taking it out; reviewed Trustee's website to inform debtor of how she fell behind; she is going to take to her employer and knows that there are two full payments out there; emailed her the account records from the Trustee's website. | 0.20 | $155.00 | $31.00 |
| Service | KR | 11/07/2025 | Review email from debtor: Reviewed email memo from debtor stating she will be making the full payment towards the delinquency and will provide the proof of payments | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/17/2025 | Review email from debtor: Reviewed email from debtor with a letter that was mailed to the Trustee from her employer about the missed payments and the delinquency; merged with correspondences; | 0.20 | $0.00 | $0.00 |
| Service | JAC | 11/20/2025 | Review: 23-02732-JAW Trustee's Motion and Notice to Dismiss | 0.10 | $360.00 | $36.00 |

|  |  |  | Debtor(s) for Non-Payment Document# 40 |  |  |  |
|---|---|---|---|---|---|---|
| Service | KR | 11/21/2025 | Reviewed court docket to verify the delinquency amount; reviewed the Trustee's website to verify the last payment received; reviewed the letter the debtor's employer sent with proof of payments; drafted email to the Trustee inquiring if the payments have been received | 0.20 | $155.00 | $31.00 |
| Service | KR | 11/21/2025 | Reviewed email from the Trustee's office stating that they have not received any payments since the beginning of September; they are checking up on the payments that the employer have mailed but not received and will let me know what they find out | 0.10 | $0.00 | $0.00 |
| Service | KR | 11/24/2025 | Reviewed email from the Trustee's office stating that they received the 3 payments from her employer today | 0.10 | $0.00 | $0.00 |
| Service | KR | 11/24/2025 | Drafted response per the Motion to Dismiss; prepared the response for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 12/02/2025 | Review email from debtor: Reviewed email from debtorinquiring if a response needs to be filed; drafted email to debtor informing her that a response was filed and as long as her employer continues to send in the payments there will be no issues | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/30/2025 | Drafted email to the Trustee's office about working out an agreed order per the motion to dismiss they filed | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/30/2025 | Reviewed email from the Trustee's office with the Agreed Order per the Motion to Dismiss; drafted email memo to TR re: review Agreed Order | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/02/2026 | Review email from debtor: Reviewed email memo from TR re: Agreed Order per the Motion to Dismiss; drafted email to the Trustee's office informing them that the attorney has reviewed the Agreed Order and has approved | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/02/2026 | Reviewed email from the Trustee's office stating that they have received the email approving the Agreed Order | 0.10 | $0.00 | $0.00 |

Invoice # 9154 - 06/18/2026

| Type | | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| | | | per the Motion to Dismiss and will upload | | | |
| Service | JAC | 01/06/2026 | Review: 23-02732-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 42 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/09/2026 | Review email from debtor: Reviewed email memo from debtor about paying off her plan; reviewed the Trustee's website and plan; drafted email to debtor informing her that the 5 year plan is only having her pay back 18% of her debt back and if she paid off early she would be responsible for 100% | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/09/2026 | Review email from debtor: Reviewed email from debtor stating that she has decided not to pursue paying off her case early and would like to leave the plan the way it is | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/17/2026 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| | | | **Services Subtotal** | | | **$479.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/02/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| | | **Expenses Subtotal** | | | **$4.19** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.2 | $360.00 | $72.00 |
| | Thomas Rollins | Attorney | 0.2 | $360.00 | $72.00 |
| | Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| | Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Jacki Curry | Non-Attorney | 0.1 | $155.00 | $15.50 |
| | Kerri Rodabough | Non-Attorney | 2.0 | $155.00 | $310.00 |
| | Kerri Rodabough | Non-Attorney | 1.1 | $0.00 | $0.00 |
| | | | **Subtotal** | | **$483.69** |
| | | | **Total** | | **$483.69** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5861 | 02/21/2024 | $2,549.35 | $0.00 | $2,549.35 |
| 6451 | 06/23/2024 | $1,116.94 | $0.00 | $1,116.94 |
| 7009 | 10/31/2024 | $315.08 | $0.00 | $315.08 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9154 | 07/18/2026 | $483.69 | $0.00 | $483.69 |

**Outstanding Balance** **$4,465.06**

**Total Amount Outstanding** **$4,465.06**