**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Sondra Nicole Montgomery**                    **Case No. 23-02732-JAW**
         **, Debtor**                                              **CHAPTER 13**

### FOURTH ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,509.50 | $39.85 | $2,549.35 | 21 | 02/16/2024 |
| $1,060.50 | $56.44 | $1,116.94 | 30 | 06/18/2024 |
| $252.50 | $62.58 | $315.08 | 37 | 11/04/2024 |
| $479.50 | $4.19 | $483.69 | n/a | n/a |
| $4,302.00 | $163.06 | $4,465.06 | | |



# INVOICE

Invoice # 5861
Date: 01/22/2024
Due On: 02/21/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Sondra Nicole Montgomery

## 05144-Montgomery Sondra Nicole

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | BB | 11/02/2023 | Review and organize documents provided by debtor: Reviewed email with documents needed for filing from debtor. Merged and organized all documents into client documents file. | 0.50 | $100.00 | $50.00 |
| Service | BM | 11/03/2023 | Review and organize documents provided by debtor: Information packet, pay stubs, bank statements, tax returns | 0.20 | $100.00 | $20.00 |
| Service | KR | 11/06/2023 | Contact Debtor: Reviewed credit report and selected debts to import/exclude; drafted email to debtor attaching credit report for debtor's review and reference. | 0.20 | $150.00 | $30.00 |
| Service | BB | 11/06/2023 | Review file to determine documents needed to file case - draft email to client requesting said documents: Drafted email to debtor with information on how to retrieve the student loan documents that we need for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/06/2023 | Review email from debtor: Reviewed email from debtor with documents for student loans needed for filing. Organized and filed into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BM | 11/07/2023 | Phone call with debtor asking for an update on her paperwork. I told her | 0.20 | $100.00 | $20.00 |

Invoice # 5861 - 01/22/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | that the review should be completed today and someone will contact her. | | | |
| Service | BB | 11/07/2023 | Contact Debtor: Drafted email to debtor with updated list of needed documents for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/07/2023 | Review and organize documents provided by debtor: Reviewed email from debtor answering questions needed for filing. Included documents from internal revenue service. Organized and filed documents in client documents file. | 0.30 | $100.00 | $30.00 |
| Service | BB | 11/08/2023 | Review email from debtor: Reviewed email from debtor answering questions needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BM | 11/13/2023 | Review and organize documents provided by debtor: Final review of all documents to prepare for case input. | 0.20 | $100.00 | $20.00 |
| Service | BB | 11/15/2023 | Review and organize documents provided by debtor: Bank Statement | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/15/2023 | Prepare Matrix for Δ to review | 0.10 | $350.00 | $35.00 |
| Service | JAC | 11/15/2023 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR | 0.30 | $350.00 | $105.00 |
| Service | KR | 11/15/2023 | Contact Debtor: Telephone conference with debtor stated that she has paid off A-1; she is going to email me proof of where she paid the loan off; it was only a little over $100 so she decided to pay it; reviewed the filing process with debtor and answered questions she had about filing. | 0.20 | $150.00 | $30.00 |
| Service | KR | 11/16/2023 | Contact Debtor: Drafted email to debtor with a list of creditors to review for filing | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/16/2023 | Review email from debtor: Reviewed email from debtor about a debt that she did not see listed on the matrix for Jefferson Capital; drafted email to JAC with information on the debt with Jefferson Capital | 0.10 | $150.00 | $15.00 |
| Service | JAC | 11/17/2023 | Add missing debt submitted by debtor to schedule F | 0.10 | $350.00 | $35.00 |

Invoice # 5861 - 01/22/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 11/17/2023 | Remove payday loan that was paid in full from Schedule F | 0.10 | $350.00 | $35.00 |
| Service | JAC | 11/20/2023 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.50 | $350.00 | $175.00 |
| Service | JAC | 11/20/2023 | Draft email to debtor with bankruptcy options: Input Case | 0.10 | $350.00 | $35.00 |
| Service | KR | 11/20/2023 | Review email from debtor: Reviewed email from debtor stating that she would like to move forward with the filing of the Chapter 13 plan and wanted to know if her plan payment could decrease; drafted email to debtor letting her know that the payment could increase/decrease depending on the proof of claims that are submitted by the creditors | 0.10 | $150.00 | $15.00 |
| Service | KAR | 11/21/2023 | Telephone conference with debtor to reschedule her signing; drafted memo to BM to call her back to set this up | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/21/2023 | Prepare SIgning Docs | 0.20 | $350.00 | $70.00 |
| Service | TR | 11/22/2023 | Conference w/ client to review and revise statements, schedules and plan | 0.70 | $350.00 | $245.00 |
| Service | JAC | 11/22/2023 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court.: Case is Ready to File | 0.30 | $350.00 | $105.00 |
| Service | KR | 11/22/2023 | Contact Debtor: Drafted text with the case number for their chapter 13 | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/27/2023 | Contact Debtor: Drafted email to debtor with her plan payment information and what to do/expect after filing a chapter 13 | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/29/2023 | Contact Debtor: Reviewed text message from debtor stating that someone from Money Man called her stating that even after providing them a case number that they will still try and collect the debt owed. | 0.10 | $150.00 | $15.00 |
| Service | KR | 11/29/2023 | Contact Debtor: Telephone conference with debtor stated that when someone called from Money Man and she missed the call; when she returned the call the | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | representative told her that even though she filed for bankruptcy they will still try to collect; explained if they call again to let us know and we can send a letter about this violation. | | | |
| Service | JAC | 11/29/2023 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice: Mail Plan | 0.30 | $350.00 | $105.00 |
| Service | BB | 11/29/2023 | Contact Debtor: Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | KR | 11/30/2023 | Review and organize documents provided by debtor: Reviewed 2 years taxes, paystubs, bank statements for 3 bank accounts and identification; created listed of missing statements needed for the meeting of creditors; drafted email to debtor requesting the missing bank statement for November | 0.40 | $150.00 | $60.00 |
| Service | JC | 11/30/2023 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to COS. | 0.10 | $150.00 | $15.00 |
| Service | TR | 11/30/2023 | Review: 23-02732-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $350.00 | $70.00 |
| Service | JC | 12/01/2023 | Reviewed Declaration of Mailing Notice of Plan received from COS and prepared for filing with the Court. | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/01/2023 | Contact Debtor: Telephone conference with debtor requesting the information for the Trustee to make a payment; drafted email to debtor with the address for the Trustee | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/01/2023 | Review and organize documents provided by debtor: Received email from debtor with the missing bank statement needed for the Trustee; merged with existing statements; organized and prepared statements for 3 accounts, paystubs, taxes and identification for upload to the Trustee's website | 0.30 | $150.00 | $45.00 |
| Service | KR | 12/01/2023 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted Certificate of | 0.10 | $150.00 | $15.00 |

| | | | Compliance - Payment Advices Filed with Trustee | | | |
|---|---|---|---|---|---|---|
| Service | TR | 12/02/2023 | Review: 23-02732-JAW Order Upon Employer Directing Deductions from Pay Document #11 | 0.10 | $350.00 | $35.00 |
| Service | JAC | 12/11/2023 | Review: Proof of Claim 23-02732-JAW Capital One N.A. Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | JAC | 12/11/2023 | Review: Proof of Claim 23-02732-JAW Capital One N.A. Document # 2 | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/12/2023 | Review: Proof of Claim 23-02732-JAW Navy Federal Credit Union Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | BB | 12/12/2023 | Contact Debtor: Drafted text message to debtor inquiring as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/13/2023 | Contact Debtor: Drafted text message to debtor inquiring as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/14/2023 | Contact Debtor: Drafted and reviewed several messages with debtor discussing how they would like to conduct their meeting of creditors zoom meeting. Determined they want to attend in our Jackson office. Added meeting to our calendar. | 0.30 | $100.00 | $30.00 |
| Service | TR | 12/19/2023 | Review: Proof of Claim 23-02732-JAW Internal Revenue Servi Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/19/2023 | Called client to discuss unsecured portion of IRS claim - she mentioned she got a letter from a collections agency - asked her to send us a copy | 0.10 | $350.00 | $35.00 |
| Service | KR | 12/20/2023 | Review email from debtor: Reviewed email from debtor with a letter from Coast Professional Inc demanding payment for an IRS debt; reviewed debtor's plan and claims filed; the IRS debt has been included in the plan and a proof of claim for the amount has already been filed; drafted email memo to TR re: IRS tax debt | 0.20 | $150.00 | $30.00 |
| Service | TR | 12/21/2023 | Review and respond to email memo from KR re: letter received from debt collector for IRS | 0.20 | $350.00 | $70.00 |

Invoice # 5861 - 01/22/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 12/21/2023 | Review email from Attorney: Reviewed email memo from TR re: IRS tax debt | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/22/2023 | Contact Debtor: Called debtor could not leave a message; drafted email to debtor informing her that she does not need to do anything since the debt with the IRS is included in the bankruptcy and we will be mailing Auto Stay Violation letters out to the creditors | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/22/2023 | Drafted Auto Stay Violation letter to Coastal Professional Inc and the IRS | 0.20 | $150.00 | $30.00 |
| Service | KR | 12/22/2023 | Review email from debtor: Reviewed email from debtor about and email she received about her student loan amount owed monthly; | 0.10 | $150.00 | $15.00 |
| Service | KR | 12/22/2023 | Contact Debtor: Telephone conference with debtor; requested a copy of the email she received stating what her monthly pay for her Student Loans are going to be. | 0.10 | $150.00 | $15.00 |
| Service | KR | 01/04/2024 | Review email from debtor: Reviewed email from debtor with a JPEG of her student loan statement; converted JPEG file to PDF file for review | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/04/2024 | Review: Proof of Claim 23-02732-JAW LVNV Funding, LLC Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/04/2024 | Review: Proof of Claim 23-02732-JAW LVNV Funding, LLC Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/04/2024 | Review: Proof of Claim 23-02732-JAW World Finance Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/12/2024 | Review: Proof of Claim 23-02732-JAW LVNV Funding, LLC Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/12/2024 | Review: Proof of Claim 23-02732-JAW QC Financial Services Inc. Document # 9 | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/15/2024 | Review email from debtor: Reviewed email from debtor requesting information on the how the payments will be applied towards her debt; drafted email to debtor with the | 0.10 | $155.00 | $15.50 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | ndc.org website information so she can create an account and see how her payments are being applied and what is being paid each month |  |  |  |
| Service | KR | 01/15/2024 | Reviewed plan, matrix and the Trustee's website for documents on Navient; drafted email memo to TR re: student loans | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/16/2024 | Review email from debtor: Reviewed email from debtor about her payment being taken out of her check but no payments are showing; drafted email to debtor informing her that the payment might have been taken from her check but it depends on when the employer mailed in the payment to the Trustee and that most payments are usually posted within 7-10 days after receiving | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/17/2024 | Review and respond to email memo from KR re: student loan treatment in plan | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/17/2024 | Review: Proof of Claim 23-02732-JAW Premier Bankcard, LLC Document # 11 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/17/2024 | Review: Proof of Claim 23-02732-JAW Jefferson Capital Systems LLC Document # 10 | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/17/2024 | Contact Debtor: Reviewed email memo from TR re: student loans; drafted email to debtor informing her they do not have to file a proof of claim; she does not have to pay them while in bankruptcy but will owe the amount after her case is discharge with incurring interest | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/22/2024 | Review email from debtor: Reviewed email from debtor asking when her December payment should post to her bankruptcy; drafted email to debtor requesting the date she mailed in the payment to the Trustee | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/22/2024 | Review email from debtor: Reviewed email from debtor about the first payment being garnished on 12/15; reviewed ndc.org and no payment has been received; drafted email to debtor informing her she needs to contact her employer to see when | 0.10 | $155.00 | $15.50 |

Invoice # 5861 - 01/22/2024

| | | | they mailed the payment in | | | |
|---|---|---|---|---|---|---|
| Service | TR | 01/22/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |
| | | | | | **Services Subtotal** | **$2,509.50** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/30/2023 | Mailing Expense (certificateofservice.com) | 1.00 | $39.85 | $39.85 |
| | | | | **Expenses Subtotal** | **$39.85** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.1 | $360.00 | $36.00 |
| | Jennifer Curry Calvillo | Attorney | 2.2 | $350.00 | $770.00 |
| | Thomas Rollins | Attorney | 1.0 | $360.00 | $360.00 |
| | Thomas Rollins | Attorney | 1.5 | $350.00 | $525.00 |
| | Brooke Brueland | Non-Attorney | 1.9 | $100.00 | $190.00 |
| | Jacki Curry | Non-Attorney | 0.2 | $150.00 | $30.00 |
| | Breanne McDaniel | Non-Attorney | 0.6 | $100.00 | $60.00 |
| | Kirsten Raimey | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Kerri Rodabough | Non-Attorney | 0.7 | $155.00 | $108.50 |
| | Kerri Rodabough | Non-Attorney | 2.8 | $150.00 | $420.00 |
| | | | | **Subtotal** | **$2,549.35** |
| | | | | **Total** | **$2,549.35** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6451 | 06/23/2024 | $1,116.94 | $0.00 | $1,116.94 |
| 7009 | 10/31/2024 | $315.08 | $0.00 | $315.08 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5861 | 02/21/2024 | $2,549.35 | $0.00 | $2,549.35 |
| | | | **Outstanding Balance** | **$3,981.37** |
| | | | **Total Amount Outstanding** | **$3,981.37** |



# INVOICE

Invoice # 6451
Date: 05/24/2024
Due On: 06/23/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Sondra Nicole Montgomery
3127 Greenfield Rd. #137
Pearl, MS 39208

## 05144-Montgomery Sondra Nicole

## Ch 13 hourly - Sondra

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 01/22/2024 | Draft application, notice and proposed order | 0.30 | $360.00 | $108.00 |
| Service | KR | 01/22/2024 | Reviewed and prepared the Notice for Application for Compensation and the invoice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Expense | BB | 01/22/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $56.44 | $56.44 |
| Service | KR | 01/22/2024 | Received and reviewed the Declaration of Mailing from certificate of service; prepared the Motion for Application for Compensation, Proposed Order, Invoice and the 21 day notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/24/2024 | Contact Debtor (Text/Email): Telephone conference with debtor; she spoke with someone at her payroll department yesterday and they were supposed to call her back and never did; she is going to email me her paystubs showing the deductions so we can have them on hand; told her that she needs to stay on top of this since it will still fall back on her, find out when they mailed the payment in since they started garnishing her check on December 15. | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/25/2024 | Review email from debtor: Reviewed email from debtor with JPEG files of her paystubs | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | showing the wage order garnishment; converted JPEG files to PDF files saved in client documents; debtor stated that she is still waiting to hear from the payroll department for the date they mailed the payments in. | | | |
| Service | KR | 01/26/2024 | Review email from debtor: Reviewed email from debtor stating there was a mix up at her payroll department; and they would like to know if they can pay online; drafted email informing her no, that they must mail the payment in to the address that is provided on the wage order. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/28/2024 | Review: Proof of Claim 23-02732-JAW Portfolio Recovery Associates, LLC Document # 12 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/28/2024 | Review: Proof of Claim 23-02732-JAW Ashley Funding Services, LLC Document # 13 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/28/2024 | Review: Proof of Claim 23-02732-JAW TD Bank USA, N.A. Document # 14 | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/29/2024 | Contact Debtor (Text/Email): Telephone with Sharon from Anytime Cash about the Application for Compensation that they received in the mail; explained what it was and that they were not responsible for sending us anything. | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/30/2024 | Review: Proof of Claim 23-02732-JAW Quantum3 Group LLC as agent for Document # 17 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/30/2024 | Review: Proof of Claim 23-02732-JAW Quantum3 Group LLC as agent for Document # 16 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/30/2024 | Review: Proof of Claim 23-02732-JAW Alliant Capital Management - HDH Document # 15 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/30/2024 | Review: Proof of Claim 23-02732-JAW Synchrony Bank Document # 18 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/01/2024 | Review: Proof of Claim 23-02732-JAW Capital One Auto Finance, a division of Capital On Document # 20 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 02/01/2024 | Review claims register and compare to the Plan to determine if additional claims are needed - none needed | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/01/2024 | Review: Proof of Claim 23-02732-JAW Landmark Strategy Group, LLC Document | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | # 19 | | | |
| Service | TR | 02/12/2024 | Review: 23-02732-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 19 | 0.10 | $360.00 | $36.00 |
| Service | JC | 02/16/2024 | Reviewed Certified Mail receipt from Capital One Auto; organized in case file. | 0.10 | $155.00 | $15.50 |
| Service | TR | 02/20/2024 | Review: 23-02732-JAW Order on Application for Compensation Document #21 | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/20/2024 | Review docket for confirmation hearing - nothing needed for confirmation | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/23/2024 | Contact Debtor (Text/Email): Reviewed email from debtor about seeing that no payments being made to creditors on the ndc website; drafted email to debtor explaining that the payments are scheduled to each creditor as long as her payments are being made there should be no issues and that ndc takes some time to show any updates. | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/01/2024 | Review email from debtor: Reviewed email from debtor requesting the 2nd credit counseling course information; drafted email to debtor with the course information | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/04/2024 | Review email from debtor: Reviewed email from debtor with a copy of the 2nd credit counseling course certificate; reviewed court docket; drafted email to debtor informing her that the certificate has been filed and she will not need to do anything on her end with the certificate | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/04/2024 | Review: 23-02732-JAW Personal Financial Management Course (Certificate) Document# 24 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/12/2024 | Review: 23-02732-JAW Order Confirming Chapter 13 Plan Document #25 | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/22/2024 | Review email from debtor: Reviewed email from debtor with a letter she received for Aidvantage requesting a copy of the Meeting of Creditors; reviewed court docket for the Meeting of Creditors; drafted email to debtor with a copy of the Meeting of Creditors per the request | 0.20 | $155.00 | $31.00 |
| Service | KR | 03/25/2024 | Review email from debtor: Reviewed an email from debtor stating she needed the | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | discharge; telephone conference with debtor informing her that there will be no discharge; she was unsure what documents Aidvantage needed; informed her I will email her a copy of the schedules/ statements and the matrix; reviewed ndc.org and went over the creditors included; drafted email to debtor with the schedules/statements and the matrix. | | | |
| Service | TR | 03/29/2024 | Review: 23-02732-JAW Chapter 13 Trustee Report and Account of Prior Administration of Case Document# 28 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/29/2024 | Review: Proof of Claim 23-02732-JAW Aidvantage on behalf of Document # 21 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/23/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.8 | $360.00 | $288.00 |
| Thomas Rollins | | Attorney | 1.5 | $360.00 | $540.00 |
| Jacki Curry | | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Kerri Rodabough | | Non-Attorney | 1.4 | $155.00 | $217.00 |
| | | | | **Total** | **$1,116.94** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5861 | 02/21/2024 | $2,549.35 | $0.00 | $2,549.35 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6451 | 06/23/2024 | $1,116.94 | $0.00 | $1,116.94 |
| | | | **Outstanding Balance** | **$3,666.29** |
| | | | **Total Amount Outstanding** | **$3,666.29** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

**The Rollins Law Firm, PLLC**

Invoice # 7009
Date: 10/01/2024
Due On: 10/31/2024

P.O. Box 13767
Jackson, MS 39236
United States

Sondra Nicole Montgomery

## 05144-Montgomery Sondra Nicole

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 05/24/2024 | Drafted and reviewed invoice for expenses and attorney fees; reviewed court docket for previously filed orders on Applications for Compensations; drafted 2nd Application for Compensation; drafted email memo to TR re: review 2nd Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 05/24/2024 | Review and approve fee app drafted by KR | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/24/2024 | Reviewed email memo from TR re: Application for Compensation ; prepared the Application for Compensation and the invoice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/24/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application of Compensation, invoice, the Proposed Order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/19/2024 | Review: 23-02732-JAW Order on Application for Compensation Document #30 | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/19/2024 | Review email from debtor: Reviewed email from debtor about converting; reviewed file; she filed chapter 7 in 2019; drafted email to debtor informing her of the conversion process and how long she would have to wait to refile 7 | 0.10 | $155.00 | $15.50 |
| Service | TR | 09/30/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |

| | |
|---|---|
| **Services Subtotal** | **$252.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/24/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $62.58 | $62.58 |
| | | **Expenses Subtotal** | | | **$62.58** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | | Attorney | 0.3 | $360.00 | $108.00 |
| Kerri Rodabough | | Non-Attorney | 0.7 | $155.00 | $108.50 |
| | | | | **Subtotal** | **$315.08** |
| | | | | **Total** | **$315.08** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5861 | 02/21/2024 | $2,549.35 | $0.00 | $2,549.35 |
| 6451 | 06/23/2024 | $1,116.94 | $0.00 | $1,116.94 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7009 | 10/31/2024 | $315.08 | $0.00 | $315.08 |
| | | | **Outstanding Balance** | **$3,981.37** |
| | | | **Total Amount Outstanding** | **$3,981.37** |